# THE LAW OFFICES OF JOHN GARZON, PC

46-12 Queens Blvd., Suite 204
Sunnyside, NY 11104
Tel: (718) 433-1331 / Fax: (718) 433-1330

October 18, 2007

Hon. Jack B. Weinstein
United States District Court Judge
225 Cadman Plaza
Brooklyn, New York

Re: United States of America v. Concepcion Zambrano
    Docket No.: 07-CR-301-01

*granted JW 10/19/7*

Dear Judge,

    Please be advised that I am respectfully requesting a continuance in the sentencing of my client, Concepcion Zambrano.

    I am requesting this continuance for the reason that there are documents that still need to be translated and a sentencing memorandum to be completed that I would like to submit in this matter.

    Therefore, I am respectfully requesting that the sentencing matter be rescheduled for November 15, 2007 at 10:30 a.m.

Very truly yours,

John J. Garzon



# JOHN J. GARZON, ESQ
## 46-12 QUEENS BLVD. SUITE 204
## SUNNYSIDE, NEW YORK 11104
## (718) 433-1331   (718) 433-1330

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Ms. June Lowe | **FROM:** JOHN J. GARZON |
| **COMPANY:** | **DATE:** 10/18/07 |
| **FAX NUMBER:** (718) 613-2527 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **RE:** United States v. Concepcion Zambrano Docket No - 07-CR-301-01 | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

THIS MESSAGE IS CONFIDENTIAL, MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION, AND IS INTENDED ONLY FOR THE NAMED PARTY. If you are not the intended recipient, your dissemination, distribution, copying or other use of this document is strictly prohibited. Should you receive this communication in error, please notify use immediately, by telephone. DO NOT DISCLOSE THE CONTENTS OF THIS DOCUMENT TO ANYONE. Thank you very much for your courtesy and cooperation.